**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Clarilogic, Inc. v. FormFree Holdings Corporation

No. 16-1781

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se　　☒ As counsel for: FormFree Holdings Corporation
　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

☐ Petitioner　　☐ Respondent　　☐ Amicus curiae　　☐ Cross Appellant

☒ Appellant　　☐ Appellee　　☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant　　☐ Respondent or appellee

Name: Kristin S. Tucker
Law Firm: Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
Address: 3414 Peachtree Road NE
City, State and Zip: Atlanta, GA 30319
Telephone: 404.443.6732
Fax #: 404.238.9624
E-mail address: ktucker@bakerdonelson.com

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 3/23/16

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☒ Yes　　☐ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date 4/11/2016　　Signature of pro se or counsel /s/Kristin S. Tucker

cc: Counsel of Record

Reset Fields

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on _____
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☐ Electronic Means (by E-mail or CM/ECF)

_____     _____
         Name of Counsel                                  Signature of Counsel

Law Firm

Address

City, State, Zip

Telephone Number

Fax Number

E-Mail Address

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields